USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/2023

**STEIN | SAKS, PLLC**

YAAKOV SAKS ▲ ■ *
JUDAH STEIN ▲ ■
ELIYAHU BABAD ▲ ■
MARK ROZENBERG ■
KENNETH WILLARD ▲ ■

▲ NJ Bar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

March 6, 2023

<u>Via CM/ECF</u>
The Honorable Robert W. Lehrburger
United States District Court
Southern District of New York

   Re: <u>Velazquez v. The Spice & Tea Exchange Distribution, LLC</u>
     Case #: 1:22-cv-07535-PGG-RWL

Dear Judge Lehrburger:

  We represent the plaintiff in the above matter, and write jointly with counsel for Defendant to request that the Initial Pretrial Conference scheduled for March 14, 2023, be adjourned. The parties ask for this extension pending the outcome of the pre-motion conference request pending before Judge Gardephe (Doc #25-27).

  This is the second adjournment request, as Your Honor had granted a request to adjourn the conference to a time after Plaintiff's filing of his First Amended Complaint.

  We thank Your Honor and the Court for its kind considerations and courtesies.

              Respectfully submitted,

              *s/ Mark Rozenberg*
              Mark Rozenberg, Esq.

Request granted. The IPTC will be adjourned sine die. Within 5 days of the pre-motion conference held by the parties and Judge Gardephe, the parties shall jointly inform the Court as to status.

SO ORDERED:

3/6/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE