UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRYAN VELAZQUEZ, on behalf of himself and
All others similarly situated,

Case No.: 1:22-cv-07535

Plaintiff,   **NOTICE OF MOTION**

v.

THE SPICE & TEA EXCHANGE
DISTRIBUTION, LLC,

Defendant.
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Defendant The Spice & Tea Exchange Distribution, LLC ("Defendant"), requests that this Court, pursuant to Fed. R. Civ. Pro 12(b)(1), dismiss this action for lack of standing and subject matter jurisdiction. The alleged causes of action are now moot.

Dated:   New York, New York
         July 28, 2023

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI LLP**

By:   *Claudia A. Costa*
Claudia A. Costa, Esq.
One Battery Park Plaza, 28th Floor
New York, New York 10004
Tel: 212-269-5500
Fax: 212-269-5505
ccosta@grsm.com

*Attorneys for Defendant The Spice & Tea Exchange Distribution, LLC*

---

**MEMO ENDORSED:** The Clerk of Court is directed to strike Dkt. Nos. 34-36 and to terminate the motion pending at Dkt. No. 34. In accordance with rule IV.C. of this Court's Individual Rules of Practice, Defendant will re-file its motion once it is fully briefed.

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge
**Date: August 9, 2023**

1295160/79157948v.1