```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRYAN VELAZQUEZ,

                    Plaintiff,

        - against -

THE SPICE & TEA EXCHANGE
DISTRIBUTION, LLC,

                    Defendant.
-------------------------------------------------------------X

22-CV-7535 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On July 28, 2023, Defendant filed a Motion to Dismiss which Judge Gardephe terminated and struck from the docket on August 9, 2023 because the motion was not fully briefed. (Dkt. 37.) Judge Gardephe's rules require that motion papers be timely served but that they not be filed until the motion is fully briefed. If Defendant wishes to follow through with the motion to dismiss, Defendant needs to adhere to Judge Gardephe's rules and shall do so by December 5, 2023. (Dkt. 42.)

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 29, 2023
       New York, New York

Copies transmitted this date to all counsel of record.