CLAUDIA A. COSTA
CCOSTA@GRSM.COM
DIRECT DIAL: (212) 453-0779

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/4/2024
```



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

January 4, 2024

**VIA ECF**
The Honorable Robert W. Lehrburger, USMJ
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:     *Velasquez v. The Spice & Tea Exchange Distribution, LLC*
        Case No.: 1:22-cv-07535-PGG-RWL

Dear Magistrate Judge Lehrburger:

The undersigned represents Defendant, The Spice & Tea Exchange Distribution, LLC, in the above-reference matter.

A Rule 16 Conference is scheduled in this matter for January 16, 2024. This is an action for alleged violations of accessibility to a website in violation of the American with Disabilities Act.

There is a motion to dismiss pending which has been fully briefed, though not yet decided,

It is respectfully requested that the Rule 16 Conference be adjourned until such time as the motion is decided.

Respectfully submitted,

*Claudia A. Costa*

Claudia A. Costa, Esq.

CC: All Counsel Of Record Via ECF

> Denied without prejudice, subject to Defendant meeting and conferring with Plaintiff and indicating whether or not Plaintiff consents.
>
> SO ORDERED:
> 1/4/2024
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE