CLAUDIA A. COSTA
CCOSTA@GRSM.COM
DIRECT DIAL: (212) 453-0779

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/2024



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

January 5, 2024

**VIA ECF**
The Honorable Robert W. Lehrburger, USMJ
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> Request granted in part. The initial pretrial conference is adjourned and will be rescheduled for approximately 30 days from now. SO ORDERED:
>
> 1/5/2024
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

Re:   *Velasquez v. The Spice & Tea Exchange Distribution, LLC*
      Case No.: 1:22-cv-07535-PGG-RWL

Dear Magistrate Judge Lehrburger:

The undersigned represents Defendant, The Spice & Tea Exchange Distribution, LLC, in the above-reference matter.

A Rule 16 Conference is scheduled in this matter for January 16, 2024. This is an action for alleged violations of accessibility to a website in violation of the American with Disabilities Act.

There is a motion to dismiss pending which has been fully briefed, though not yet decided,

It is respectfully requested that the Rule 16 Conference be adjourned until such time as the motion is decided.

We have contacted plaintiff's counsel who has consented to the adjournment.

Respectfully submitted,

*Claudia A. Costa*

Claudia A. Costa, Esq.

CC: All Counsel Of Record Via ECF