```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRYAN VELAZQUEZ,                                            :
                                                            :     22-CV-7535 (PGG) (RWL)
                            Plaintiff,                      :
                                                            :
             - against -                                    :     ORDER
                                                            :
THE SPICE & TEA EXCHANGE                                    :
DISTRIBUTION, LLC,                                          :
                                                            :
                            Defendant.                      :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On April 11, 2024, the Court entered a scheduling order for this case. (Dkt. 57.) Defendant moved to stay discovery pending decision on its motion to dismiss. The Court denied that application (Dkt. 61). Pursuant to the scheduling order, fact discovery concluded on August 11, 2024, and expert discovery concluded on August 27, 2024. On December 3, 2024, the Court denied the motion to dismiss. (Dkt. 70.) On March 26, 2025, at the Court's prompting, the parties filed a joint status report stating that "Nothing has transpired in this case except that new counsel substituted in." (Dkt. 75.) Accordingly, by April 9, 2025, the parties shall jointly file a letter stating whether either or both intends to move for summary judgment and, if so, explaining the basis for such motion(s) and proposing a briefing schedule. If neither party intends to move for summary judgment, then the parties shall comply with Judge Gardephe's rules for preparing and filing a pretrial order for trial (*see* Judge Gardephe's Individual Rule X).

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 26, 2025
       New York, New York

Copies transmitted this date to all counsel of record.