UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN VELAZQUEZ, ON BEHALF OF
HIMSELF AND ALL OTHERS
SIMILARLY SITUATED,

                Plaintiff,

        - v -

THE SPICE & TEA EXCHANGE
DISTRIBUTION, LLC,

                Defendant.

**ORDER**

22 Civ. 7535 (PGG) (RWL)

PAUL G. GARDEPHE, U.S.D.J.:

        This matter will proceed to trial on **May 19, 2025**.  The joint pretrial order,

motions in limine, requested voir dire, and requests to charge are due on **April 29, 2025**.

Responsive papers are due **May 6, 2025**.  The parties are directed to consult this Court's

Individual Rules as to the contents of these materials.

Dated:  New York, New York
      April 17, 2025

                SO ORDERED.

                _____
                Paul G. Gardephe
                United States District Judge