CLAUDIA A. COSTA
CCOSTA@GRSM.COM
DIRECT DIAL: (212) 453-0779



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

April 30, 2025

**VIA ECF**
The Honorable Paul G. Gardephe USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    *Velasquez v. The Spice & Tea Exchange Distribution, LLC*
                Case No.: 1:22-cv-07535-PGG-RWL

Dear Judge Gardephe:

    The undersigned represents the Defendant in this matter. This letter is to advise the Court that the parties have reached a settlement; are exchanging a formal agreement and all parties consent to the entry of a 30 day order.

    Thank you.

                                                      Respectfully submitted,

                                                      *Claudia A. Costa*

                                                      Claudia A. Costa, Esq.

*CAC/ml*

*cc: All Counsel Of Record Via ECF*