UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN VELAZQUEZ, ON BEHALF OF
HIMSELF AND ALL OTHERS SIMILARLY
SITUATED,

                    Plaintiff,

- v -

THE SPICE & TEA EXCHANGE
DISTRIBUTION, LLC,

                    Defendant.

**ORDER**

22 Civ. 7535 (PGG) (RWL)

PAUL G. GARDEPHE, U.S.D.J.:

      The Court having been advised that all claims asserted herein have been settled (see Dkt. No. 80), it is ordered that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, either party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. The Clerk of Court is directed to close the case. Any pending dates and deadlines are adjourned sine die, and any pending motions are moot.

Dated: New York, New York
       May 1, 2025

                                          SO ORDERED.

                                          Paul G. Gardephe
                                          United States District Judge